Argued November 2, affirmed December 15, 1971

## OAK ACRES MOBILE HOMES PARK, INC., *Respondent, v.* DEPARTMENT OF REVENUE, *Appellant.*

491 P2d 620

*Alfred B. Thomas,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and Donald C. Seymour, Assistant Attorney General, Salem.

*James R. Carskadon, Jr.,* Milwaukie, argued the cause for respondent. With him on the brief were

Redman & Carskadon and James E. Redman, Milwaukie.

O'CONNELL, C. J.

This is an appeal by the Department of Revenue from a judgment of the Tax Court fixing the value of plaintiff's mobile home park.

The Tax Court rejected the value set by the county assessor and in substitute therefor fixed a lower value. In doing so the Tax Court found that the defendant's appraiser improperly applied the gross income multiplier and erred also in adopting erroneous expense charges and interest and depreciation percentages. The reasons for the Tax Court's conclusions are fully set forth in a written opinion reported in 4 OTR Adv Sh 340 (1971). We concur in that opinion and adopt it as our own.

Judgment affirmed.